LAW OFFICES

## FRANCIS & MAILMAN
A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

June 13, 2011

*Via Facsimile*
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

Please docket

FILED

JUN 14 2011

MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

Re: *Amoroso, D. v. Experian Information Solutions, Inc., et al.*, No. 11-1037

Dear Judge Diamond:

As counsel for the Plaintiff, Mark Mailman and I will be appearing at the Preliminary Pretrial Conference scheduled for June 15, 2011, in the above-referenced matter. We respectfully request that Plaintiff be excused from physically attending this Court conference, since he will suffer severe hardship if he is unable to report to his employer. As always, we will have full settlement authority from our client and Plaintiff will be available by telephone during the conference.

Respectfully submitted,

ERIN A. NOVAK

EAN/dms

cc: David M. Belczyk, Esq. (via email)
Catherine Olanich Raymond, Esq. (via email)
Anne S. Burris, Esq. (via email)
James D. DeRose, Esq. (via email)
Mohammad A. Ghiasuddin, Esq. (via email)