LAW OFFICES

# FRANCIS & MAILMAN
A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

June 14, 2011

*Via Facsimile*
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

*Re: Amoroso v. Experian Information Solutions, Inc., et al., No. 11-1037*

Dear Judge Diamond:

I am writing to inform the Court that Plaintiff has reached a settlement with Defendant Capital One Bank (USA) N.A. in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing all claims as to that defendant only.

Respectfully Submitted,

FRANCIS & MAILMAN, P.C.

MARK MAILMAN

cc: David M. Belczyk, Esquire (via email)
Mohammad A. Ghiasuddin, Esquire (via email)
Catherine Olanich Raymond, Esquire (via email)
Anne Burris, Esquire (via email)
James D. DeRose, Esquire (via email)

Law Offices
# Francis & Mailman
A Professional Corporation

Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600
FAX (215) 940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: info@consumerlawfirm.com

## FAX COVER SHEET

TO: *The Honorable Paul S. Diamond*

FROM: *Mark D. Mailman, Esquire*

DATE: *June 14, 2011*

RE: *Amoroso v. Experian Information Solutions, Inc., et al., No. 11-1037*

FAX #: *267-299-5069*

# OF PAGES: 2
(including cover sheet)

COMMENTS:

### CONFIDENTIALITY NOTE

The documents accompanying this telecopy transmission contain information from the law firm of Francis & Mailman, P.C., which is confidential and legally privileged. The information is intended only for the use of the individual or entity named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosures, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received the telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the document(s) to us at no cost to you.

PLEASE NOTE: IF THIS TRANSMISSION IS INCOMPLETE, PLEASE CALL:
(215) 735-8600