IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEREK AMOROSO

                              :

       vs.                      :        Civil Action

                              :        No.  11-1037

EXPERIAN INFORMATION SOLUTIONS,
INC, et al.

## O R D E R

       **AND  NOW**,  this 14th  day of June, 2011,  it having been reported that the issues between **Derek Amoroso and Capital One Bank (USA) N.A.**  have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs , **as to the above named parties only**.

ATTEST:
BY:                           or      BY THE COURT:
        s/carol d. james

_____      _____
        Carol D. James
        Deputy Clerk

Civ 12 (7/95)
41(b)pty.frm