LAW OFFICES

# FRANCIS & MAILMAN

A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

August 11, 2011

*Via Facsimile*
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

*Please docket*

FILED

AUG 11 2011

MICHAEL E. KUNZ, Clerk
By:_____ Dep. Clerk

Re: *Amoroso v. Experian Information Solutions, Inc., et al., No. 11-1037*

Dear Judge Diamond:

I am writing to inform the Court that Plaintiff has reached a settlement with the remaining Defendants Equifax Information Services LLC, Experian Information Solutions, Inc. and BMW Financial Services N.A. LLC in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing the entire case.

Respectfully Submitted,

FRANCIS & MAILMAN, P.C.

MARK MAILMAN

cc: David M. Belczyk, Esquire (via email)
Mohammad A. Ghiasuddin, Esquire (via email)
Catherine Olanich Raymond, Esquire (via email)
Anne Burris, Esquire (via email)
James D. DeRose, Esquire (via email)